UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN TRINIDAD, | ) | Case No. CV 12-8215 DSF (MRW) |
|         Petitioner, | ) | |
|   vs. | ) | JUDGMENT |
| HOLLAND, Warden, | ) | |
|         Respondent. | ) | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE:   3/22/13

                                  HON. DALE S. FISCHER
                                  UNITED STATES DISTRICT JUDGE